# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIO CESAR HERNANDEZ, *et al.* | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | *   Case No.: 1:17-cv-01823-ABJ |
| | * |
| SAKURA TERIYAKI CORNER, INC., *et al.* | * |
| | * |
| DEFENDANTS. | * |

*****************************************************************************

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Julio Cesar Hernandez and Elder Obdulio Diaz Ramirez and Defendants Sakura Teriyaki Corner, Inc., Xu Qiu Lin, Yu Quan Chen, and Panda of D.C., Inc., pursuant to Fed. R. Civ. P. 41(a), hereby submit this Joint Stipulation of Dismissal with Prejudice, dismissing with prejudice Plaintiffs' claims against Defendants.


Dated: December 18, 2017

                                                               Respectfully submitted,

                                                               _____/s/_____
                                                               Michael K. Amster, Esq.
                                                               (Bar No. 1001110)
                                                               Zipin, Amster & Greenberg, LLC
                                                               8757 Georgia Avenue, Suite 400
                                                                Silver Spring, Maryland 20910
                                                               P: (301) 587-9373
                                                               F: (240) 839-9142
                                                               mamster@zagfirm.com

                                                               *Counsel for Plaintiff*

        _____/s/_____
Michael P. Hsur, Esq.
*Pro hac vice*
Business Law Associates, LLC
1700 Rockville Pike, Suite 400
Rockville, Maryland 20852
mphsur@hotmail.com
Tel: (301) 998-6153
Fax: (301) 778-7208

*Attorney for Defendants*
*Sakura Teriyaki Corner, Inc.*
*and Xu Qiu Lin*


        _____/s/_____
Julie Oliver-Zhang, Esq.
Bar No. 997183
Oliver-Zhang Law, LLC
810 New Hampshire Avenue NW
Washington, D.C. 20037
P: 202-643-1110
F: 202-643-1596
julie@oliverzhanglaw.com

*Counsel for Defendant Panda of D.C., Inc.*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 18th day of December, 2017, a true and correct copy of the foregoing was served via the electronic filing system on all counsel of record.

                _____/s/_____
                Michael K. Amster